UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DeBARTOLO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED FOOD AND COMMERCIAL )<br>WORKERS UNIONS AND EMPLOYERS )<br>MIDWEST HEALTH BENEFITS FUND )<br>)<br>Defendant. ) | Case No. 08-845<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Valdez |

**MOTION FOR SUBSTITUTION OF ATTORNEYS**

THE LAW FIRM OF STUART P. KRAUSKOPF, P.C., hereby withdraws its appearance as counsel on behalf of the Plaintiff, DR. HANSEL M. DEBARTOLO, in the above-captioned matter.

THE LAW OFFICES OF STUART P. KRAUSKOPF

s/ Stuart P. Krauskopf
Stuart P. Krauskopf

The law firm of HOEVEL & ASSOCIATES P.C. will enter its Appearance as counsel on behalf of the Plaintiff, DR. HANSEL M. DEBARTOLO, in the above-captioned matter.

HOEVEL & ASSOCIATES P.C.

s/ Talbot Hoevel
Talbot Hoevel

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1