UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DeBARTOLO )<br>)<br>Plaintiff, )<br>) <br>) <br>v. )<br>) <br>UNITED FOOD AND COMMERCIAL )<br>WORKERS UNIONS AND EMPLOYERS )<br>MIDWEST HEALTH BENEFITS FUND )<br>)<br>Defendant. ) | Case No. 08-845<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

To:  Mindy Kallus
Jonathan Karmel
The Karmel Law Firm
221 North LaSalle St. Suite 1414
Chicago, IL 60601
mindy_karmellaw@ameritech.net
jon_karmellaw@ameritech.net

   PLEASE TAKE NOTICE that on May 22, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Humphrey Lefkow, or whomever may be sitting in her stead, in Room 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached MOTION FOR SUBSTITUTION OF ATTORNEYS, a copy of which has been served on you.

                              Respectfully submitted,

                              s/Stuart P. Krauskopf
                                Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Mindy Kallus
mindy_karmellaw@ameritech.net

Jonathan Karmel
mindy_karmellaw@ameritech.net

                              Respectfully submitted,

                              s/Stuart P. Krauskopf
                              Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590