# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 845 | **DATE** | 5/22/2008 |
| **CASE TITLE** | DeBartolo vs. United Food and Commercial Workers Unions Funds | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for substitution of attorneys [13] is granted. Stuart P. Krauskoph is given leave to withdraw appearance and Hoevel & Associates given leave to file appearance on behalf of plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|