**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 845
DR. HANSEL M. DEBARTOLO
            v.
United Food and Commercial Workers Unions
and Employers Midwest Health Benefits Fund

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff- Dr. Hansel M. DeBartolo

| | |
|---|---|
| NAME (Type or print) | |
| Talbot C. Hoevel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Talbot C. Hoevel | |
| FIRM | |
| Hoevel & Associates, P.C. | |
| STREET ADDRESS | |
| 3725 N. Western Ave. | |
| CITY/STATE/ZIP | |
| Chicago, IL 60618 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6194281 | 773-539-0937 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |