## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hansel M DeBartolo

                              Plaintiff,

v.                                   Case No.:
                                   1:08−cv−00845
                                   Honorable Joan H. Lefkow

United Food and Commercial Workers Unions and
Employers Midwest Health Benefits Fund

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(mad, )Mailed notice.

Dated: June 17, 2008

                                   /s/ Joan H. Lefkow

                                   United States District Judge