**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hansel M DeBartolo

                                                          Plaintiff,

v.                                                        Case No.:
                                                          1:08−cv−00845
                                                          Honorable Joan H.
                                                          Lefkow

United Food and Commercial Workers Unions and
Employers Midwest Health Benefits Fund

                                                          Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

        MINUTE entry before the Honorable Maria Valdez:This case has been referred to
Judge Valdez to conduct a settlement conference. Judge Valdez requires full compliance
with the enclosed standing order before conducting a settlement conference. The parties
shall jointly contact the courtroom deputy, Yolanda Pagan, at 312/408−5135 with
mutually agreeable dates or appear at 9:30 a.m. on 7/2/08 to set a settlement conference
date. Because of the volume of settlement conferences conducted by Judge Valdez, once a
settlement conference date has been agreed upon, no continuance will be granted without
a motion showing extreme hardship.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.