## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| Hansel M DeBartolo | |
| | Plaintiff, |
| v. | Case No.: 1:08−cv−00845 |
| | Honorable Joan H. Lefkow |
| United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund | |
| | Defendant. |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 8/12/2008. Parties agree to the terms of settlement. Parties executed consent to exercise jurisdiction by a United States Magistrate Judge.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.